**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CARLOS DANIEL QUINTERO LEAL, )<br>     )<br>     Petitioner, )<br>     )<br>v. )<br>     )<br>WARDEN OF DIAMONDBACK )<br>CORRECTIONAL FACILITY, )<br>     )<br>     Respondent. ) | Case No. CIV-26-259-D |

## <u>ORDER</u>

Carlos Daniel Quintero Leal is the named petitioner in a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. However, the Petition was signed and submitted by Petitioner's wife, Banesa Valdivia. [Doc. No. 1, at 4]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On February 20, 2026, the magistrate judge concluded that Petitioner had not signed the Petition and that Ms. Valdivia had not shown she was authorized to sign the Petition on Petitioner's behalf. [Doc. No. 5]. The magistrate judge directed Petitioner to file an amended petition, and pay the filing fee or seek leave to proceed in forma pauperis, on or before March 5, 2026. *Id.* at 6. The magistrate judge warned that "[f]ailure to comply with this Order may result in the dismissal of this action without prejudice to re-filing." *Id.*

To date, Petitioner has not filed an amended petition, paid the filing fee, or sought leave to proceed in forma pauperis. On March 18, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 6], in which he recommends that the Court dismiss

1

without prejudice Petitioner's habeas action for failure to comply with the Court's February 20, 2026 Order. In his report, the magistrate judge notified Petitioner of his right to file an objection to the report on or before April 1, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 6] in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 2nd  day of April, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge

2