**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

CARLOS DANIEL QUINTERO LEAL,    )
                                )
    Petitioner,                 )
                                )
v.                              )    Case No. CIV-26-259-D
                                )
WARDEN OF DIAMONDBACK           )
CORRECTIONAL FACILITY,          )
                                )
    Respondent.                 )

**JUDGMENT**

Pursuant to the Order entered this date, this action is **DISMISSED WITHOUT PREJUDICE**.

**ENTERED** this 2nd day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge